IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-71-D

| | |
|---|---|
| NATIONWIDE PROPERTY AND ) <br> CASUALTY INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOWARD ANTONIA GOSNELL, ) <br> GLENDA GRANTHAM GOSNELL, ) <br> and ROBIN GOSNELL LOGAN, ) <br> Administrator of the Estate of Snow Gosnell, ) <br> ) <br> Defendants. ) | **ORDER** |

On May 21, 2015, Nationwide Property and Casualty Insurance Company ("Nationwide") filed a motion to dismiss any bad faith claim of defendants. See [D.E. 13]; Fed. R. Civ. P. 12(b)(6). Defendants did not respond to Nationwide's motion.

The court has reviewed Nationwide's motion under the governing standard. See Fed. R. Civ. P. 12(b)(6). The court agrees with Nationwide. See [D.E. 14]. Accordingly, Nationwide's motion to dismiss any bad faith claim [D.E. 13] is GRANTED.

SO ORDERED. This 13 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge