UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NATIONWIDE PROPERTY AND )
CASUALTY INSURANCE COMPANY, )
          Plaintiff, )  **JUDGMENT IN A CIVIL CASE**
                        )  **CASE NO. 5:15-CV-71-D**
                        )
V. )
                        )
HOWARD ANTONIA GOSNELL, )
GLENDA GRANTHAM GOSNELL, )
and ROBIN GOSNELL LOGAN, )
Administrator of the Estate of Nancy )
Snow Gosnell, )
          Defendants. )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS Nationwide's motion for judgment on the pleadings [D.E. 22] and DECLARES that the Nationwide UIM policy does not provide the requested coverage for defendants' injuries arising out of the accident. The court DENIES defendants' motion for judgment on the pleadings [D.E. 20].

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any claim by defendants alleging bad faith were dismissed in an Order dated July 13, 2015.

**This Judgment Filed and Entered on August 23, 2016, and Copies To:**

George L. Simpson, IV                         (via CM/ECF Notice of Electronic Filing)

John Carl Vermitsky                           (via CM/ECF Notice of Electronic Filing)

DATE:                                    JULIE RICHARDS JOHNSTON, CLERK

August 23, 2016                          (By) /s/ Nicole Briggeman
                                             Deputy Clerk